IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )  Criminal No. 14-134<br>MYKHAILO SERGIYOVYCH RYTIKOV )<br>)<br>[REDACTED]                  )<br>)<br>JOHN DOE 1                  )<br>  aka "S▮▮▮▮"              )<br>JOHN DOE 2                  )<br>  aka "R▮▮▮▮"              ) | |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Paul E. Hull, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendants Mykhailo Sergiyovych Rytikov, John Doe 1 aka "S▮▮▮▮", and John Doe 2 aka "R▮▮▮▮", upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with Conspiracy (18 U.S.C. § 371), Computer Damage (18 U.S.C. §§ 1030(a)(5)(A) and 1030(c)(4)(B)), Unauthorized Access (18 U.S.C.

**FILED**

MAY 22 2014

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

§§ 1030(a)(2) and 1030(c)(2)(B)(i) & (ii)) and Aggravated Identity Theft (18 U.S.C. §§ 1028A(a)(1) & 2).

Recommended bond:   detention.

                                        Respectfully submitted,

                                        DAVID J. HICKTON
                                        United States Attorney

By:   /s/ Paul E. Hull
                                        PAUL E. HULL
                                        Assistant U.S. Attorney
                                        PA ID No. 35302